UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALBERT AFFONSO on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PAWTUCKET CREDIT UNION,<br><br>Defendant. | Civil Action<br>No. 20-cv-00292-JJM-LDA |

## NOTICE OF SETTLEMENT

Plaintiff Albert Affonoso ("Plaintiff") and Defendant Pawtucket Credit Union ("Defendant"), by and through their undersigned counsel, hereby notify the Court that they have reached an agreement in principle to resolve this matter. The settlement will be on an individual basis. Under the settlement, absent class members will not release any of their claims regarding the issues raised in this lawsuit; only Plaintiff will release his claims. The Parties expect to be in a position to file a voluntary dismissal within thirty (30) days. In light of the foregoing, the Parties respectfully request that the case be stayed and all current deadlines be suspended.

Dated: November 20, 2020

/s/ *Peter N. Wasylyk*
Law Offices of Peter N. Wasylyk
(RI Bar No. 3351)
1307 Chalkstone Avenue
Providence, RI 02908
Telephone: (401) 831-7730
Facsimle: (401) 861-6064
Email: pnwlaw@aol.com

1

Jeffrey D. Kaliel (*pro hac vice* to be filed)
Sophia Gold (*pro hac vice* to be filed)
**KALIEL PLLC**
1875 Connecticut Ave., NW, 10th Floor
Washington, D.C. 20009
(202) 350-4783
jkaliel@kalielpllc.com
sgold@kalielpllc.com

Taras Kick
THE KICK LAW FIRM
815 Moraga Drive
Los Angeles, CA 90049
Telephone: (310) 395-2988
Email: taras@kicklawfirm.com

*Attorneys for Plaintiff and the Putative Class*

/s/ Steven E. Snow
Steven E. Snow (#1774)
Partridge Snow & Hahn, LLP
40 Westminster St., Suite 1100
Providence, RI 02903
(401) 861-8215
(401) 861-8210 (fax)
ssnow@psh.com

*Attorneys for Defendant Pawtucket Credit Union*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 20, 2020, I electronically filed this Notice of Settlement. This filing will be sent by e-mail to all Attorneys of Record by operation of the Court's Electronic Filing as indicated on the Notice of Electronic.  This document is available for viewing and downloading from the Court's Electronic Case Filing System.

      /s/ Peter N. Wasylyk_____
Peter N. Wasylyk (RI Bar No. 3351)
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
Tel:  401-831-7730
Fax: 401- 861-6064
E-Mail: pnwlaw@aol.com

3